UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MCO & EA LLC,** | Case No. 2:20-cv-17100-SRC-CLW |
| Plaintiff; | |
| v. | **Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment** |
| **SILVER GLOBE INC.,** | |
| Defendant. | |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff MCO & EA LLC, through its undersigned counsel, hereby accepts and provides notice that it has accepted Defendant's Rule 68 Offer of Judgment, dated February 17, 2023, attached hereto as EXHIBIT A. Defendant's offer provides for "judgment to be taken against it in this action in the amount of $50,000.00, plus costs and attorneys' fees."

Dated: February 20, 2023

/s/ David D. Lin
Brett E. Lewis (*pro hac vice*)
David D. Lin
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
(718) 243-9323
Brett@ilawco.com
David@ilawco.com

*Attorneys for Plaintiff*
*MCO & EA LLC*

## Certificate of Service

I am an attorney admitted to practice before this Court and not a party to this action. I certify that on February 20, 2023, Defendant was served with a true and correct copy of the foregoing Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment, via email and ECF-NEF to:

> Crew Schielke
> Onal Gallant & Partners, P.C.
> 619 River Dr., Suite 340
> Elmwood Park, NJ 07407
> crew@ogplawfirm.com
> erik@ogplawfirm.com
>
> *Attorneys for Defendant*
> *Silver Globe Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2023

*/s/ David D. Lin*
Brett E. Lewis (*pro hac vice*)
David D. Lin
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
(718) 243-9323
Brett@ilawco.com
David@ilawco.com

*Attorneys for Plaintiff*
*MCO & EA LLC*