# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MCO & EA LLC, | : | |
| Plaintiff, | : | Case No.: 2:20-cv-17100-SRC-CLW |
| v. | : | |
| SILVER GLOBE INC, | : | **DEFENDANT'S OFFER OF JUDGMENT** |
| Defendant. | : | |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 68, Defendant, SILVER GLOBE INC, ("Defendant") offers to allow judgment to be taken against it in this action in the amount of $50,000.00, plus costs and attorneys' fees.

PLEASE TAKE FURTHER NOTICE that this offer of judgment is made for the purposes specified in Federal Rules of Civil Procedure, Rule 68, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damages.

**ONAL GALLANT & PARTNERS, P.C**
*Attorneys for Defendant*
*Silver Globe Inc.*

Dated: February 17, 2023        By:    */s/ Crew Schielke, Esq.*
                                                Crew Schielke, Esq.