# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

MCO & EA LLC

    Plaintiff(s),

v.

SILVER GLOBE INC.

    Defendant(s).

Civil Action No.  2:20-cv-17100-SRC-CLW

**JUDGMENT**

Plaintiff having filed a Notice of Acceptance of Defendants' Offer of Judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure*, the Offer, Notice and Acceptance and Proof of Service having been filed herein, the Clerk now enters Judgment in accordance with Rule 68(a), and pursuant to the Offer and Acceptance.

DATED and ENTERED this   27   day of February  , 2023 .

_____
Signature of Clerk or Deputy Clerk