UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MCO & EA LLC,**<br><br>             Plaintiff;<br><br>v.<br><br>**SILVER GLOBE INC.,**<br><br>             Defendant. | Case No. 2:20-cv-17100-SRC-CLW<br><br>**Certificate of Service** |

    I am an attorney admitted to practice before this Court and not a party to this action. I certify that on March 24, 2023, Defendant Silver Globe Inc. was served with Plaintiff MCO & EA LLC's Notice of Motion for Attorney's Fees and Costs, the supporting Memorandum, the Declaration of Brett E. Lewis, the exhibits attached thereto, and the proposed order (ECF 64) via ECF-NEF to:

        Crew Schielke
        ONAL GALLANT & PARTNERS, P.C.
        619 River Dr., Suite 340
        Elmwood Park, NJ 07407
        crew@ogplawfirm.com
        crew@jonallaw.com

Dated: March 24, 2023

*/s/ David D. Lin*
David D. Lin
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
(718) 243-9323
David@ilawco.com

*Attorneys for Plaintiff
MCO & EA LLC*

— 1 —